**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00513-CV**

_____

**IN RE COMMITMENT OF ALONZO MAY**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-12-13065-CV**

_____

**ORDER**

The trial court's judgment of December 14, 2015, is suspended until our

Opinion issues or until further order of this Court.

ORDER ENTERED December 18, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

1